```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
JIAMIN CHEN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | STIPULATION TO CONTINUE |
| ) | PRELIMINARY HEARING |
| Plaintiff, ) | |
| ) | 2:15-MJ-00340-VCF |
| vs. ) | |
| ) | |
| JASON ANTHONY LIEBOLD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STPULATED and AGREED by and between Jiamin Chen, Assistant United States Attorney, and Rebecca Levy, attorney for Defendant Jason Anthony Liebold, that the preliminary hearing date of Wednesday ~~May~~ June 17th, 2015 at 4:00 p.m. be ~~advanced~~ continued for a period of thirty (30) days.

   This Stipulation is entered into for the reason that the parties need additional time to work toward a resolution of this matter.

DATED: this 10th day of June 2015.

_____
JIAMIN CHEN
Assistant United States Attorney


___/s/_____
REBECCA LEVY
Counsel for Defendant

IT IS HEREBY ORDERED that the Preliminary Hearing scheduled for 4:00 p.m., June 17, 2015 is VACATED and continued to 4:00 p.m., July 21, 2015.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____June 11, 2015_____

2