RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Jason Anthony Liebold

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-340-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| vs. | (First Request) |
| JASON ANTHONY LIEBOLD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,  United States Attorney, and Jiamie Chen, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy,  Assistant Federal Public Defender, counsel for JASON ANTHONY LIEBOLD, that the preliminary hearing currently scheduled on August 21, 2015 at 4:00 p.m., be vacated and be continued to a date and time convenient to the Court, but no longer than forty five  (45) days.

This Stipulation is entered into for the following reasons:

1.    The parties are currently involved in negotiations to resolve this matter pre-indictment.

2.    The defendant is detained and does not oppose a continuance.

3.    The parties are in agreement to the continuance.

/ / /

4.     Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the preliminary hearing.

DATED this 19th day of August, 20152.

RENE L. VALLADARES                          DANIEL G. BOGDEN,
Federal Public Defender                          United States Attorney


*/s/ Rebecca Levy*                                        */s/ Jiamie Chen*
REBECCA LEVY                                       JIAMIE CHEN
Assistant Federal Public Defender          Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-mj-340-VCF |
| Plaintiff, | ORDER |
| vs. | |
| JASON ANTHONY LIEBOLD, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     The parties  are currently involved in negotiations to resolve this matter pre-indictment.

2.     The defendant is detained and does not oppose a continuance.

3.     The parties are in agreement to the continuance.

4.     Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the preliminary hearing..

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently  scheduled on August 21, 2015 at 4:00 p.m., be vacated and continued to **October 5, 2015** at the hour of 4:00 p.m.; in courtroom 3D.

DATED this 21st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE