RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Jason Anthony Liebold

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JASON ANTHONY LIEBOLD,<br><br>              Defendant. | Case No. 2:15-mj-340-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Jiamie Chen, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jason Anthony Liebold, that the Preliminary Hearing currently scheduled on October 20, 2015, be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.  The parties are currently involved in negotiations to resolve this matter pre-indictment.

2.  The defendant is detained and does not oppose a continuance.

3.  The parties are in agreement to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the fifth request for continuance filed herein.

DATED this 19th day of October, 2015

RENE L. VALLADARES  
Federal Public Defender

 */s/ Rebecca A. Levy*  
By_____  
REBECCA A. LEVY  
Assistant Federal Public Defender

DANIEL G. BOGDEN  
United States Attorney

 */s/ Jiamie Chen*  
By_____  
JIAMIE CHEN  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-340-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JASON ANTHONY LIEBOLD, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 20, 2015 at the hour of 4:00 p.m., be vacated and continued to November 4, 2015 at the hour of 4:00 p.m.

DATED this 20th day of October, 2015

_____
UNITED STATES MAGISTRATE JUDGE

3