# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JASON ANTHONY LIEBOLD,<br><br>              Defendants. | 2:15-mj-00340-VCF<br><br>**ORDER** |

Before the court is the Ex-Parte Motion to Withdraw as Counsel for Defendant (#20).

IT IS HEREBY ORDERED that a hearing on Ex-Parte Motion to Withdraw as Counsel for Defendant (#20) is scheduled for 10:00 a.m., November 5, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 28th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE