# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON ANTHONY LIEBOLD,<br><br>　　　　Defendant. | 2:15-MJ-00340-VCF<br><br>**ORDER** |

　　The court has reviewed the Motion to Continue Preliminary Hearing and to Continue Ex Parte Motion Hearing (#22) and good cause appearing,

　　IT IS HEREBY ORDERED that the Motion to Continue Preliminary Hearing and to Continue Ex Parte Motion Hearing (#22) is GRANTED.

　　IT IS FURTHER ORDERED that the hearing on the ex-parte motion to withdraw as counsel for Defendant scheduled for November 5, 2015 at 10:00 a.m. is VACATED and rescheduled to 2:00 p.m., November 13, 2015, in courtroom 3D.

　　IT IS FURTHER ORDERED that the preliminary hearing scheduled for November 5, 2015 at 4:00 p.m., is vacated and continued to 4:00 p.m., November 30, 2015, in courtroom TBA.

　　The U.S. Marshal is directed to transport defendant to and from the hearings.

　　DATED this 29th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE