JONATHAN POWELL, ESQ.
Nevada State Bar No. 009153
2030 East Flamingo #115
Las Vegas, Nevada 89119
*Telephone No.: (702) 413-7100*
*Facsimile No.: (702) 382-2720*

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON LIEBOLD,<br>        Defendant. | CASE NO.:   2:15-mj-00340-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON LIEBOLD, by and through JONATHAN POWELL, ESQ., counsel for the Defendant, and the UNITED STATES OF AMERICA, by and through Jiamie Chen, Assistant United States Attorney, that the Preliminary Hearing date in the above-captioned matter be continued for seven (7) days or to a time convenient to this Honorable Court.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant was recently appointed and additional time is necessary to continue pre-indictment plea negotiations.

2. The Government has no objection to the requested continuance.

3. Defendant has no objection to a continuance of this matter. Defendant is in custody.

4. Denial of this request for continuance would result in a miscarriage of justice.

5. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

6. The additional time requested by this stipulation is excludable, if necessary, in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and any other relevant statutes regarding Defendant's right to a preliminary hearing.

7. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing date.

DATED this 8th day of December, 2015.


  /s/ Jonathan Powell                             /s/ Jiamie Chen
JONATHAN POWELL, ESQ.                JIAMIE CHEN
Counsel for Defendant LIEBOLD        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON LIEBOLD,<br><br>        Defendant. | CASE NO.  2:15-mj-00340-VCF<br><br>**ORDER TO CONTINUE PRELIMINARY HEARING** |

## **FINDINGS OF FACT**

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant was recently appointed and additional time is necessary to continue pre-indictment plea negotiations.

2. The Government has no objection to the requested continuance.

3. Defendant has no objection to a continuance of this matter. Defendant is in custody.

## **CONCLUSIONS OF LAW**

1. Denial of this request for continuance would result in a miscarriage of justice.

2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

3. The additional time requested by this stipulation is excludable, if necessary, in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18

U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and any other relevant statutes regarding Defendant's right to a preliminary hearing.

4. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing date.

**ORDER**

IT IS ORDERED that the Preliminary Hearing in the instant matter be continued.

IT IS FURTHER ORDERED that the Preliminary Hearing in this matter be scheduled for the 22nd day of December, 2015, at 4:00 ~~am~~/pm.

**DATED** this 8th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE